UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| Hercules Liftboat Company, LLC | Civil Action No. 07-1236 |
| versus | Judge Tucker L. Melançon |
| Maurice Jones | Magistrate Judge Methvin |

**JUDGMENT**

This matter was referred to United States Magistrate Judge Mildred E. Methvin for Report and Recommendation. [Doc. 10]. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly, **it is**

**ORDERED** that the Motion to Dismiss filed by defendant Maurice Jones is GRANTED and that Hercules Liftboat Company's claims against him are DISMISSED WITH PREJUDICE.

Thus done and signed this 7th day of December, 2007, at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE